```
LATHAM & WATKINS LLP
Kevin C. Wheeler (SBN 261177)
  kevin.wheeler@lw.com
555 11th Street NW, Suite 1000
Washington DC 20004-1327
T: 202.637.2200

Thomas W. Yeh (SBN 287118)
  thomas.yeh@lw.com
355 S. Grand Avenue, Suite 100
Los Angeles, CA 90071-3104
T: 213.485.1234

Wesley D. Tiu (SBN 336580)
  wesley.tiu@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
T: 415.395.8000
```

*Attorneys for Plaintiffs*
*Yangtze Memory Technologies*
*Company, Ltd. and Yangtze Memory Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Strand Consult and Roslyn Layton, <br><br> Defendants. | CASE NO. 5:24-cv-3454 <br><br> **NOTICE OF APPEARANCE OF KEVIN C. WHEELER** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Kevin C. Wheeler of Latham & Watkins LLP hereby enters his appearance in the above-captioned matter as counsel for Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc.

>Kevin C. Wheeler (SBN 261177)
>LATHAM & WATKINS LLP
>555 11th Street NW, Suite 1000
>Washington DC 20004-1327
>Telephone: 202.637.2200
>kevin.wheeler@lw.com

He respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

Dated: June 7, 2024

LATHAM & WATKINS LLP

By */s/ Kevin C. Wheeler*
Kevin C. Wheeler (SBN 261177)
kevin.wheeler@lw.com
555 11th Street NW, Suite 1000
Washington DC 20004-1327
T: 202.637.2200

*Attorneys for Plaintiffs*
*Yangtze Memory Technologies*
*Company, Ltd. and Yangtze Memory*
*Technologies, Inc.*