| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Kevin C. Wheeler (SBN 261177) |
|   | *kevin.wheeler@lw.com* |
| 3 | 555 11th Street NW, Suite 1000 |
|   | Washington DC 20004-1327 |
| 4 | T: 202.637.2200 |

LATHAM & WATKINS LLP
Kevin C. Wheeler (SBN 261177)
 *kevin.wheeler@lw.com*
555 11th Street NW, Suite 1000
Washington DC 20004-1327
T: 202.637.2200

Thomas W. Yeh (SBN 287118)
 *thomas.yeh@lw.com*
355 S. Grand Avenue, Suite 100
Los Angeles, CA 90071-3104
T: 213.485.1234

Wesley D. Tiu (SBN 336580)
 *wesley.tiu@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
T: 415.395.8000

*Attorneys for Plaintiffs*
*Yangtze Memory Technologies*
*Company, Ltd. and Yangtze Memory Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Strand Consult and Roslyn Layton, <br><br> Defendants. | CASE NO. 5:24-cv-3454 <br><br> **NOTICE OF APPEARANCE OF THOMAS W. YEH** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Thomas W. Yeh of Latham & Watkins LLP hereby enters his appearance in the above-captioned matter as counsel for Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc.

>Thomas W. Yeh (SBN 287118)
>LATHAM & WATKINS LLP
>355 S. Grand Avenue, Suite 100
>Los Angeles, CA 90071-3104
>Telephone: 213.485.1234
>*thomas.yeh@lw.com*

He respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

Dated: June 7, 2024

LATHAM & WATKINS LLP

By */s/ Thomas W. Yeh*
Thomas W. Yeh (SBN 287118)
*thomas.yeh@lw.com*
355 S. Grand Avenue, Suite 100
Los Angeles, CA 90071-3104
T: 213.485.1234

*Attorneys for Plaintiffs*
*Yangtze Memory Technologies*
*Company, Ltd. and Yangtze Memory*
*Technologies, Inc.*