1  LATHAM & WATKINS LLP
   Kevin C. Wheeler (SBN 261177)
2   *kevin.wheeler@lw.com*
   555 11th Street NW, Suite 1000
3  Washington DC 20004-1327
   T: 202.637.2200
4
   Thomas W. Yeh (SBN 287118)
5   *thomas.yeh@lw.com*
   355 S. Grand Avenue, Suite 100
6  Los Angeles, CA 90071-3104
   T: 213.485.1234
7
   Wesley D. Tiu (SBN 336580)
8   *wesley.tiu@lw.com*
   505 Montgomery Street, Suite 2000
9  San Francisco, CA 94111
   T: 415.395.8000
10
   *Attorneys for Plaintiffs*
11 *Yangtze Memory Technologies*
   *Company, Ltd. and Yangtze Memory Technologies, Inc.*
12

13                  **UNITED STATES DISTRICT COURT**

14                 **NORTHERN DISTRICT OF CALIFORNIA**

15

16 Yangtze Memory Technologies Company,          CASE NO. 5:24-cv-3454
   Ltd. and Yangtze Memory Technologies, Inc.,
17                                                **NOTICE OF APPEARANCE OF WESLEY**
                        Plaintiffs,               **D. TIU**
18
            v.
19
   Strand Consult and Roslyn Layton,
20
                        Defendants.
21

22

23

24

25

26

27

28

1   **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2         PLEASE TAKE NOTICE that Wesley D. Tiu of Latham & Watkins LLP hereby enters his

3   appearance in the above-captioned matter as counsel for Plaintiffs Yangtze Memory Technologies

4   Company, Ltd. and Yangtze Memory Technologies, Inc.

5                     Wesley D. Tiu (SBN 336580)
                  LATHAM & WATKINS LLP

6                     505 Montgomery Street, Suite 2000
                  San Francisco, CA 94111

7                     T: 415.395.8000

8                     *wesley.tiu@lw.com*

9        He respectfully requests that all pleadings, notices, orders, correspondence, and other

10  papers in connection with this action be served upon him at the following address:

11

12  Dated: June 7, 2024                  LATHAM & WATKINS LLP

13                    By */s/ Wesley D. Tiu*
                  Wesley D. Tiu (SBN 336580)

14                    *wesley.tiu@lw.com*
                  505 Montgomery Street, Suite 2000

15                    San Francisco, CA 94111
                  T: 415.395.8000

16

17                    *Attorneys for Plaintiffs*
                  *Yangtze Memory Technologies*
                  *Company, Ltd. and Yangtze Memory*

18                    *Technologies, Inc.*

19

20

21

22

23

24

25

26

27

28