LATHAM & WATKINS LLP
Kevin C. Wheeler (SBN 261177)
 kevin.wheeler@lw.com
555 11th Street NW, Suite 1000
Washington DC 20004-1327
T: 202.637.2200

Thomas W. Yeh (SBN 287118)
 thomas.yeh@lw.com
355 S. Grand Avenue, Suite 100
Los Angeles, CA 90071-3104
T: 213.485.1234

Wesley D. Tiu (SBN 336580)
 wesley.tiu@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
T: 415.395.8000

*Attorneys for Plaintiffs*
*Yangtze Memory Technologies*
*Company, Ltd. and Yangtze Memory Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc., <br><br>Plaintiffs, <br><br>v. <br><br>Strand Consult and Roslyn Layton, <br><br>Defendants. | CASE NO. 5:24-cv-3454 <br><br>**PLAINTIFF YANGTZE MEMORY TECHNOLOGIES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Plaintiff Yangtze Memory Technologies, Inc. hereby makes the following disclosures:

1. Yangtze Memory Technologies, Inc. is a corporation incorporated in California with its principal place of business in Santa Clara, California.

2. Yangtze Memory Technologies, Inc.'s sole parent corporation is Yangtze Memory Technologies Company, Ltd. and no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: June 7, 2024

LATHAM & WATKINS LLP

By */s/ Kevin C. Wheeler*
LATHAM & WATKINS LLP
Kevin C. Wheeler (SBN 261177)
  kevin.wheeler@lw.com
555 11th Street NW, Suite 1000
Washington DC 20004-1327
T: 202.637.2200

Thomas W. Yeh (SBN 287118)
  thomas.yeh@lw.com
355 S. Grand Avenue, Suite 100
Los Angeles, CA 90071-3104
T: 213.485.1234

Wesley D. Tiu (SBN 336580)
  wesley.tiu@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
T: 415.395.8000

*Attorneys for Plaintiffs*
*Yangtze Memory Technologies*
*Company, Ltd. and Yangtze Memory*
*Technologies, Inc.*