**Kevin C. Wheeler**
Direct Dial: +1.202.637.3311
kevin.wheeler@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | Rome |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

September 6, 2024

<u>**VIA ECF**</u>

The Honorable Beth Labson Freeman
United States District Judge
United States District Court
Northern District of California
280 South 1st Street, Courtroom 3 – 5th Floor
San Jose, CA 95113

     Re: *Yangtze Memory Technologies Company Ltd. and Yangtze Memory Technologies, Inc. v. Strand Consult and Roslyn Layton*, No. 5:24-cv-03454-BLF

Dear Judge Freeman:

  Plaintiffs Yangtze Memory Technologies Company Ltd. and Yangtze Memory Technologies, Inc. in the above-reference action against Defendants Strand Consult and Roslyn Layton would like to inform the Court that we have completed service of Strand Consult through the Danish Ministry of Justice and will file the proof of service once it is received.  We were informed last week that Defendant Roslyn Layton is also currently in Denmark.  Thus, we have initiated process of service for Dr. Layton in Denmark through the Danish Ministry of Justice pursuant to Federal Rules of Civil Procedure Rule 4(f) as well.  We will provide updates to the Court regarding service of Dr. Layton as we receive them from our international process server.

        Respectfully submitted,

        */s/  Kevin C. Wheeler*

        Kevin C. Wheeler
        of LATHAM & WATKINS LLP