LATHAM & WATKINS LLP
Kevin C. Wheeler (SBN 261177)
 *kevin.wheeler@lw.com*
555 11th Street NW, Suite 1000
Washington DC 20004-1327
T: 202.637.2200

Thomas W. Yeh (SBN 287118)
 *thomas.yeh@lw.com*
355 S. Grand Avenue, Suite 100
Los Angeles, CA 90071-3104
T: 213.485.1234

*Attorneys for Plaintiffs*
*Yangtze Memory Technologies*
*Company, Ltd. and Yangtze Memory Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies Inc., <br><br>Plaintiffs, <br><br>v. <br><br>Strand Consult and Roslyn Layton, <br><br>Defendants. | CASE NO. 5:24-cv-3454-BLF <br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE** |
|---|---|

1    Pursuant to Civil Local Rule 6-3, Plaintiffs Yangtze Memories Technologies Company,
2    Ltd. and Yangtze Memory Technologies, Inc. ("Plaintiffs"), by and through their counsel, hereby
3    move for an order extending, by 45 days, the deadline for Defendant Strand Consult to respond to
4    the Complaint. The current deadline and the proposed alteration are as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Defendant Strand Consult's Deadline to Respond to Complaint | September 13, 2024 | October 28, 2024 |

Counsel for Plaintiffs have been in contact with Strand Consult and have agreed to provide a 45-day courtesy extension for Strand Consult to respond to the Complaint. *Id.* ¶ 4. Plaintiffs' counsel understands that Strand Consult supports this request. *Id*. This unopposed (and agreed) extension for Strand Consult to respond to the Complaint is brought as a motion (rather than stipulation) because no counsel of record has appeared for Strand Consult. *Id.* There have been no party-initiated modifications to the schedule in this case, as there has been no scheduling order entered. *Id.* ¶ 5. Because there has been no scheduling order, the proposed extension will not impact the overall case schedule.

Dated: September 11, 2024                                    LATHAM & WATKINS LLP

By */s/ Kevin C. Wheeler*
Kevin C. Wheeler (SBN 261177)
 *kevin.wheeler@lw.com*
555 11th Street NW, Suite 1000
Washington DC 20004-1327
T: 202.637.2200

Thomas W. Yeh (SBN 287118)
 *thomas.yeh@lw.com*
355 S. Grand Avenue, Suite 100
Los Angeles, CA 90071-3104
T: 213.485.1234

*Attorneys for Plaintiffs
Yangtze Memory Technologies
Company, Ltd. and Yangtze Memory
Technologies, Inc.*