LATHAM & WATKINS LLP
Kevin C. Wheeler (SBN 261177)
 *kevin.wheeler@lw.com*
555 11th Street NW, Suite 1000
Washington DC 20004-1327
T: 202.637.2200

Thomas W. Yeh (SBN 287118)
 *thomas.yeh@lw.com*
355 S. Grand Avenue, Suite 100
Los Angeles, CA 90071-3104
T: 213.485.1234

*Attorneys for Plaintiffs*
*Yangtze Memory Technologies*
*Company, Ltd. and Yangtze Memory Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies Inc., <br><br>Plaintiffs, <br><br>v. <br><br>Strand Consult and Roslyn Layton, <br><br>Defendants. | CASE NO. 5:24-cv-3454-BLF <br><br>**DECLARATION OF THOMAS W. YEH IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE** |

**DECLARATION OF THOMAS W. YEH**

I, Thomas W. Yeh, declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, counsel of record for Plaintiffs Yangtze Memories Technologies Company, Ltd. and Yangtze Memory Technologies, Inc. ("Plaintiffs") in the above captioned litigation. I am licensed to practice law in the State of California. I have personal knowledge of the facts set forth herein, and if called upon to do so, could competently testify thereto. I submit this declaration in support of Plaintiffs' Unopposed Motion to Extend Deadline.

2. On June 7, 2024, Plaintiffs filed their Complaint against Defendants Strand Consult and Roslyn Layton. Dkt. No. 1.

3. Although we are waiting to receive the official proof of service with the exact date of service, I understand that the time for Strand Consult to answer is September 13, 2024.

4. Plaintiffs have agreed to a 45-day courtesy extension to the deadline for Strand Consult to respond to the Complaint. I understand from Strand Consult that it agrees with this proposed extension. This extension is presented as a motion, rather than a stipulation, because no counsel of record has appeared for Strand Consult.

5. There have been no prior party-initiated modifications to the schedule in this case. And, the Court has not yet entered a scheduling order.

6. The requested extension would extend the deadline for Strand Consult to respond to the Complaint from September 13, 2024, to October 28, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of September, 2024, at Los Angeles, California.

/s/ *Thomas W. Yeh*
Thomas W. Yeh

**SIGNATURE CERTIFICATION**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing. I have obtained authorization to affix their electronic signatures to this document.

Dated: September 11, 2024         By: /s/ *Kevin C. Wheeler*
                                         Kevin C. Wheeler