1  LATHAM & WATKINS LLP
   Kevin C. Wheeler (SBN 261177)
2   *kevin.wheeler@lw.com*
   555 11th Street NW, Suite 1000
3  Washington DC 20004-1327
   T: 202.637.2200
4
   Thomas W. Yeh (SBN 287118)
5   *thomas.yeh@lw.com*
   355 S. Grand Avenue, Suite 100
6  Los Angeles, CA 90071-3104
   T: 213.485.1234
7
   *Attorneys for Plaintiffs*
8  *Yangtze Memory Technologies*
   *Company, Ltd. and Yangtze Memory Technologies, Inc.*
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies Inc., | CASE NO. 5:24-cv-3454-BLF |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE** |
| v. | |
| Strand Consult and Roslyn Layton, | |
| Defendants. | |

Upon consideration of Plaintiffs' Unopposed Motion to Extend Deadline and the Declaration of Thomas W. Yeh in support thereof, it is hereby ordered that the motion is **GRANTED**.

The deadlines in this case shall be adjusted as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Defendant Strand Consult's Deadline to Respond to Complaint | September 13, 2024 | October 28, 2024 |

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Beth Labson Freeman
United States District Judge