LATHAM & WATKINS LLP
Kevin C. Wheeler (SBN 261177)
 *kevin.wheeler@lw.com*
555 11th Street NW, Suite 1000
Washington DC 20004-1327
T: 202.637.2200

Thomas W. Yeh (SBN 287118)
 *thomas.yeh@lw.com*
355 S. Grand Avenue, Suite 100
Los Angeles, CA 90071-3104
T: 213.485.1234

*Attorneys for Plaintiffs*
*Yangtze Memory Technologies*
*Company, Ltd. and Yangtze Memory Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Strand Consult and Roslyn Layton, <br><br> Defendants. | CASE NO. 5:24-cv-3454-BLF <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE** |

Upon consideration of Plaintiffs' Unopposed Motion to Extend Deadline and the Declaration of Thomas W. Yeh in support thereof, it is hereby ordered that the motion is **GRANTED**.

The deadlines in this case shall be adjusted as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Defendant Strand Consult's Deadline to Respond to Complaint | September 13, 2024 | October 28, 2024 |

**IT IS SO ORDERED.**

Date: September 11, 2024

_____
Hon. Beth Labson Freeman
United States District Judge