UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yangtze Memory Technologies, Inc., et al., <br> Plaintiff, <br> v. <br> Strand Consult et al., <br> Defendant. | Case No. 5:24-cv-03454-BLF <br><br> **MOTION TO SUBSTITUTE LAW FIRM;** ~~**PROPOSED**~~ **ORDER** |

On behalf of (party name) Yangtze Memory Technologies, Inc., et al., the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Robert M. Schwartz, David Eiseman, Aaron Perahia of Quinn Emanuel Urquhart & Sullivan, LLP

Name(s) of counsel withdrawing from representation and firm name:

Thomas Yeh, Wesley Tiu, and Kevin Christopher Wheeler of Latham and Watkins LLP

Date: October 4, 2024

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: October 4, 2024      _/s/ [signature]_
                                                               UNITED STATES DISTRICT/MAGISTRATE JUDGE