Ethan P. Davis (SBN 294683)
edavis@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1228
Facsimile: (415) 318-1300

Randy M. Mastro (*pro hac vice pending*)
rmastro@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorney for Defendants
STRAND CONSULT AND ROSLYN LAYTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Strand Consult and Roslyn Layton, <br><br> Defendants. | Case No. 5:24-cv-03454-BLF <br><br> Hon. Beth Labson Freeman <br><br> **DECLARATION OF ETHAN P. DAVIS IN SUPPORT OF JOINT STIPULATED REQUEST FOR ORDER CHANGING AND EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** <br><br> Complaint Filed: June 7, 2024 |

**DECLARATION OF ETHAN P. DAVIS**

I, Ethan P. Davis, declare as follows:

1. I am a partner at the law firm of King & Spalding LLP, counsel for Defendants Strand Consult and Roslyn Layton in the above-captioned litigation. I am licensed to practice law in the State of California. I have personal knowledge of the facts set forth herein and could competently testify thereto if called upon to do so. I submit this declaration in support of the parties' Joint Stipulated Request for Order Changing and Extending Time for Defendants to Respond to Plaintiffs' Complaint.

2. On June 7, 2024, Plaintiffs filed their Complaint against Defendants Strand Consult and Roslyn Layton. Dkt. No. 1.

3. The Complaint and Summons in the above-referenced action were served on Strand Consult on August 23, 2024.

4. On September 11, 2024, Plaintiffs filed an unopposed motion to extend the deadline for Strand Consult to answer or otherwise respond to the Complaint from September 13, 2024, to October 28, 2024. Dkt. No. 17.

5. On September 11, 2024, this Court granted Plaintiffs' unopposed motion to extend the deadline for Strand Consult to answer or otherwise respond to the Complaint from September 13, 2024, to October 28, 2024. Dkt. No. 18.

6. The Complaint and Summons in the above-referenced action were served on Roslyn Layton on October 4, 2024.

7. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, the current deadline by which Roslyn Layton must answer or otherwise respond to the Complaint is October 25, 2024.

8. Because Defendant Roslyn Layton was not served until October 4 and King & Spalding LLP has only recently been retained as counsel, we respectfully submit that we require additional time to become familiar with the case and prepare a response to the Complaint.

9. Counsel for Defendants and counsel for Plaintiffs have conferred and agreed that in the interest of efficiency and for the convenience of the parties, the deadline for both Defendants to answer or otherwise respond to the Complaint should be consolidated and extended to November

25, 2024.

10. The Court has not yet entered a scheduling order.

11. The requested change and extension would change the deadline for Defendant Strand Consult to answer or otherwise respond to the Complaint from October 28 to November 25, 2024, and extend the deadline for Defendant Roslyn Layton to answer or otherwise respond to the Complaint from October 25 to November 25, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of October, 2024, at San Francisco, California.

By: */s/ Ethan P. Davis*
Ethan P. Davis