1  Ethan P. Davis (SBN 294683)
   edavis@kslaw.com
2  KING & SPALDING LLP
   50 California Street, Suite 3300
3  San Francisco, California 94111
   Telephone: (415) 318-1228
4  Facsimile: (415) 318-1300

5  Randy M. Mastro (*pro hac vice pending*)
   rmastro@kslaw.com
6  KING & SPALDING LLP
   1185 Avenue of the Americas, 34th Floor
7  New York, New York 10036
   Telephone: (212) 556-2100
8  Facsimile: (212) 556-2222

9  *Attorneys for Defendants*
10 STRAND CONSULT AND ROSLYN LAYTON

**APPROVED**

Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Strand Consult and Roslyn Layton, <br><br> Defendants. | Case No. 5:24-cv-03454-BLF <br><br> Hon. Beth Labson Freeman <br><br> **JOINT STIPULATED REQUEST FOR ORDER CHANGING AND EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** <br><br> Complaint Filed: June 7, 2024 |

Pursuant to Local Civil Rule 6-2 and 6-1, Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc. and Defendants Strand Consult and Roslyn Layton (together, the "Parties") respectfully submit this Joint Stipulated Request for Order Changing and Extending Time for Defendants to Respond to Plaintiffs' Complaint and state as follows:

WHEREAS, the Complaint and Summons in the above-referenced action were served on Strand Consult on August 23, 2024;

WHEREAS, the Complaint and Summons in the above-referenced action were served on Roslyn Layton on October 4, 2024;

WHEREAS, pursuant to this Court's September 11, 2024, Order Granting Plaintiffs' Unopposed Motion to Extend Deadline, Dkt. No. 18, the current deadline by which Strand Consult must answer or otherwise respond to the Complaint is October 28, 2024;

WHEREAS, pursuant to Rule 12 of the Federal Rules of Civil Procedure, the current deadline by which Roslyn Layton must answer or otherwise respond to the Complaint is October 25, 2024;

WHEREAS, Plaintiffs have agreed to consolidate and extend the deadline for Defendants to answer or otherwise respond to the Complaint; and

WHEREAS, the Parties agree that this Stipulation is entered into without prejudice to any arguments or defenses that may be properly raised in due course by a Party under the pleading and briefing schedule that is contemplated herein.

IT IS HEREBY STIPULATED AND AGREED by the Parties that: The deadline for Defendants Strand Consult and Roslyn Layton to answer, move, or otherwise respond to the Complaint is extended through and including November 25, 2024.

/ /

/ /

/ /

Dated: October 15, 2024

Respectfully submitted,

**KING & SPALDING LLP**

*/s/ Ethan P. Davis*
Ethan P. Davis (SBN 294683)
edavis@kslaw.com
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1228
Facsimile: (415) 318-1300

Randy M. Mastro (*pro hac vice pending*)
rmastro@kslaw.com
1185 Avenue of the Americas, 34th Floor
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for Defendants*
*Strand Consult and Roslyn Layton*

Dated: October 15, 2024

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

*/s/ Aaron H. Perahia*
Robert Michael Schwartz
Aaron H. Perahia
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (212) 443-3675
Fax: (213) 443-3100
robertschwartz@quinnemanuel.com
aaronperahia@quinnemanuel.com

David Eiseman, IV
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Fax: (415) 875-6700
davideisemann@quinnemanuel.com

*Attorneys for Plaintiffs*
*Yangtze Memory Technologies Company, Ltd. and*
*Yangtze Memory Technologies, Inc.*

- 3 -

**L.R. 5-1 ATTESTATION**

1  
2    I, Ethan P. Davis, attest that all signatories listed herein, and on whose behalf this filing is  
3  submitted, concur in this filing's content and have authorized this filing.  
4  
5                */s/ Ethan P. Davis*  
                  Ethan P. Davis

- 4 -