UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc.

        Plaintiff(s),

v.

Strand Consult and Roslyn Layton,

        Defendant(s).

Case No. 5:24-cv-03454

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Hayden Little, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc. in the above-entitled action. My local co-counsel in this case is Robert M. Schwartz, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 117166.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
700 Louisiana Street, Suite 3900
Houston, Texas 77002
MY ADDRESS OF RECORD

QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(713) 221-7000
MY TELEPHONE # OF RECORD

(213) 443-3000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

haydenlittle@quinnemanuel.com
MY EMAIL ADDRESS OF RECORD

robertschwartz@quinnemanuel.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24121403.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/22/2024                               Hayden Little
                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Hayden Little is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                                _____
                                                UNITED STATES DISTRICT/MAGISTRATE JUDGE