1  Ethan P. Davis (SBN 294683)
   edavis@kslaw.com
2  KING & SPALDING LLP
   50 California Street, Suite 3300
3  San Francisco, California 94111
   Telephone: (415) 318-1200
4  Facsimile: (415) 318-1300

5  Randy M. Mastro (*pro hac vice*)
   rmastro@kslaw.com
6  KING & SPALDING LLP
   1185 Avenue of the Americas, 34th Floor
7  New York, New York 10036
   Telephone: (212) 556-2100
8  Facsimile: (212) 556-2222

9  *Attorneys for Defendants*
   STRAND CONSULT AND ROSLYN LAYTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD. AND YANGTZE MEMORY TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>STRAND CONSULT AND ROSLYN LAYTON,<br><br>Defendants. | Case No. 5:24-cv-03454-BLF<br><br>**DEFENDANTS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>**(CIV. L.R. 3-15)**<br><br>Action Filed: June 7, 2024 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Strand, John William (CEO of Defendant Strand Consult)

Dated: October 23, 2024

**KING & SPALDING LLP**

By: /s/ *Ethan P. Davis*
Ethan P. Davis
Randy M. Mastro (*pro hac vice*)

Attorneys for Defendants
Strand Consult and Roslyn Layton