1  Ethan P. Davis (SBN 294683)
   edavis@kslaw.com
2  KING & SPALDING LLP
   50 California Street, Suite 3300
3  San Francisco, California 94111
   Telephone: (415) 318-1200
4  Facsimile: (415) 318-1300

5  Randy M. Mastro (*pro hac vice*)
   rmastro@kslaw.com
6  KING & SPALDING LLP
   1185 Avenue of the Americas, 34th Floor
7  New York, New York 10036
   Telephone: (212) 556-2100
8  Facsimile: (212) 556-2222

9  *Attorneys for Defendants*
   STRAND CONSULT AND ROSLYN LAYTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD. AND YANGTZE MEMORY TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STRAND CONSULT AND ROSLYN LAYTON, <br><br> Defendants. | Case No. 5:24-cv-03454-BLF <br><br> **DEFENDANTS' DISCLOSURE STATEMENT** <br><br> **(FED. R. CIV. P. 7.1)** <br><br> Action Filed: June 7, 2024 |

Pursuant to Federal Rule Civil Procedure 7.1, the undersigned counsel of record for Defendants Strand Consult and Roslyn Layton hereby makes the following disclosures:

1. Strand Consult ApS, also known as Dialog Management ApS, is a private company formed under the laws of Denmark with its principal place of business in Denmark.

2. Strand Consult has no parent corporation and no publicly held corporation owns 10% or more of its stock.

3. Roslyn Layton is a dual citizen of the United States and Denmark who resides in Denmark.

Dated: October 23, 2024

**KING & SPALDING LLP**

By: /s/ *Ethan P. Davis*
Ethan P. Davis
Randy M. Mastro (*pro hac vice*)

Attorneys for Defendants
Strand Consult and Roslyn Layton