1  Ethan P. Davis (SBN 294683)
   edavis@kslaw.com
2  KING & SPALDING LLP
   50 California Street, Suite 3300
3  San Francisco, California 94111
   Telephone: (415) 318-1200
4  Facsimile: (415) 318-1300

5  Randy M. Mastro (*pro hac vice*)
   rmastro@kslaw.com
6  KING & SPALDING LLP
   1185 Avenue of the Americas, 34th Floor
7  New York, New York 10036

8  *Attorneys for Defendants*
   STRAND CONSULT AND ROSLYN LAYTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Strand Consult and Roslyn Layton, <br><br> Defendants. | Case No. 5:24-cv-03454-BLF <br><br> Hon. Beth Labson Freeman <br><br> **DECLARATION OF ETHAN P. DAVIS IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY** <br><br> Complaint Filed: June 7, 2024 |

**DECLARATION OF ETHAN P. DAVIS**

I, Ethan P. Davis, declare as follows:

1. I am a partner at the law firm of King & Spalding LLP, counsel for Defendants Strand Consult and Roslyn Layton in the above-captioned litigation. I am licensed to practice law in the State of California. I have personal knowledge of the facts set forth herein and could competently testify thereto if called upon to do so. I submit this declaration in support of Defendants' Motion to Stay Discovery.

2. On June 7, 2024, Plaintiffs filed their Complaint against Defendants Strand Consult and Roslyn Layton. Dkt. No. 1.

3. The Complaint and Summons in the above-referenced action were served on Strand Consult on August 23, 2024.

4. On September 11, 2024, this Court granted Plaintiffs' unopposed motion to extend the deadline for Strand Consult to answer or otherwise respond to the Complaint from September 13, 2024, to October 28, 2024. Dkt. No. 18.

5. The Complaint and Summons in the above-referenced action were served on Roslyn Layton on October 4, 2024.

6. On October 7, 2024, Plaintiffs' counsel consented to Defendants' request for a 30-day extension for Layton to answer or otherwise respond to the Complaint and a corresponding request to change Strand Consult's deadline to align with Layton's, but only on the condition that Defendants participate in a Rule 26(f) conference.

7. On October 10, 2024, the parties held a Rule 26(f) conference.

8. During the Rule 26(f) conference, Defendants stated their intent to file a motion to dismiss and their objection to proceeding with discovery, including initial disclosures, before that motion to dismiss is resolved.

9. On October 15, 2024, the Court approved the parties' Joint Stipulated Request for an Order Changing and Extending Time for Defendants to Respond to Plaintiffs' Complaint. Dkt. No. 30. Pursuant to that approval, the deadline for Defendants to answer or otherwise respond to

1 | the Complaint is November 25, 2024.

2 | 10. Defendants plan to file a Motion to Dismiss and Motion to Strike the Complaint on or before November 25, 2024, or such other deadline as the Court may set.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of October, 2024, at San Francisco, California.

/s/ *Ethan P. Davis*
Ethan P. Davis (SBN 294683)

2