UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Strand Consult and Roslyn Layton, <br><br> Defendants. | Case No. 5:24-cv-03454-BLF <br><br> Hon. Beth Labson Freeman <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY** <br><br> Hearing Date: March 13, 2025 <br> Time: 9:00 a.m. <br> Location: Courtroom 3, 5th Floor <br><br> Complaint Filed: June 7, 2024 |

1  On March 13, 2025, a hearing was held on Defendants Strand Consult and Roslyn
2  Layton's (collectively, "Defendants") Motion to Stay Discovery ("Motion to Stay"), filed in this
3  action on October 30, 2024 (ECF No. 39).
4  Having reviewed and considered the papers filed in support of Defendants' Motion to
5  Stay, and having heard argument from counsel, the Court finds and determines that there is good
6  cause to stay discovery pending the resolution of Defendants' upcoming Motion to Dismiss and
7  Motion to Strike.
8  Based on the foregoing, and with good cause shown, the Court GRANTS the motion. All
9  deadlines are stayed pending the Court's ruling on Defendants' upcoming Motion to Dismiss and
10 Motion to Strike.

Dated: _____

Honorable Beth Labson Freeman
United States District Judge