1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2   David Eiseman (Bar No. 114758)
    davideiseman@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
4  Telephone:   (415) 875-6600
   Facsimile:    (415) 875-6700
5
    Robert Schwartz (Bar No. 117166)
6    robertschwartz@quinnemanuel.com
    Aaron Perahia (Bar No. 304554)
7    aaronperahia@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
8  Los Angeles, California 90017-2543
   Telephone:   (213) 443-3000
9  Facsimile:    (213) 443-3100

10   Evan Pearson (*pro hac vice*)
     evanpearson@quinnemanuel.com
11  300 West Sixth Street, Suite 2010
    Austin, Texas 78701-3901
12  Telephone:    (737) 667-6100
    Facsimile:     (737) 667-6110
13
    Hayden Little (*pro hac vice*)
14    haydenlittle@quinnemanuel.com
    700 Louisiana Street, Suite 3900
15  Houston, Texas 77002-2841
    Telephone:   (713) 221-7000
16  Facsimile:    (713) 221-7100

17  *Attorneys for Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze*
18  *Memory Technologies, Inc.*

19                UNITED STATES DISTRICT COURT

20         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

21  | Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc., | Case No. 5:24-cv-03454-BLF |
    |---|---|
22  | | Hon. Beth Labson Freeman |
    | Plaintiffs, | |
23  | | **CERTIFICATE OF SERVICE** |
    | vs. | |
24  | | |
    | Strand Consult and Roslyn Layton, | |
25  | | |
    | Defendants. | |
26

27

28

The certificate attached as Exhibit 1 confirms that Strand Consult was served in accordance with the procedures provided for in the Hauge Convention on August 21, 2024.

DATED: October 30, 2024          Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By     /s/ Robert M. Schwartz
   Robert M. Schwartz
   *Attorneys for Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc.*