

Kevin C Wheeler  
Latham & Waskins LLP  
555, 11.th Street NW Suite 1000  
Washington  
U.S.A.

22. august 2024

**KOPI**

J.nr.: 24/19265-2  
Sagsbehandler: Rene Laurenborg

We hereby return the document with reference to the enclosed Certificate.

Best regards

Michael Villemoes Larsen  
deputy judge

 

# CERTIFICATE
ERKLÆRING
ATTESTATION
ZUSTELLUNGSZEUGNIS

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
Undertegnede myndighed har herved den ære i overensstemmelse med konventionens artikel 6 at bekræfte,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,

☒ 1. **that the document has been served**
at forkyndelsen er foretaget
que la demande a été exécutée
dass der Antrag erledigt worden ist

- **the (date)**
den (dato) **21-08-2024**
le (date)
am (Datum)

- **at (place, street, number)**
på/i (sted, gade, husnummer) **Strand Consult ApS**
á (localité, rue, numéro) **Gammel mønt 14**
in (Ort, Strasse, Nummer) **1117 København K**

☒ a) **in accordance with the provisions of sub-paragraph (a) at the first paragraph of article 5 of the Convention**
i overensstemmelse med reglerne I konventionens artikel 5, stk. 1, litra (a)
selon les formes légales (article 5, alinéa premier, lettre a)
in einer der gesetzlicher Formen (Artikel 5 Absatz 1 Buchstabe a)

☐ b) **in accordance with the following particular method:**
ved anvendelse af følgende særlige fremgangsmåde:
selon la forme particullière suivante:
in der folgenden besonderen Form:

☐ c) **by delivery to the adressee, who accepted it voluntarily.**
ved overlevering af dokumentet til adressaten, der modtog det frivilligt.
par simple remise.
durch einfache Übergabe.

**The documents referred to in the request have been delivered to:**
De i anmodningen nævnte dokumenter er overleveret til: **John Strand**
Les documents mentionnés dans la demande ont été remis à:
Die in dem Antrag erwähnten Schriftstücke sind übergegeben worden an:

- **(identity and description of person)**
(vedkommendes navn og stilling) **John Strand**
(identité et qualité de la personne)
(Name und Stellung der Person)

- **relationship to the addressee family, business or other: business**
tilknytning til adressaten familiemæssig, forretningsmæssig eller anden:
liens de parenté, de subordination ou autres, avec le destinataire de l'acte:
Vervandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:

☐ 2. **that the document has not been served, by reason of the following facts:**
at forkyndelse på grund af følgende omstændigheder ikke er foretaget:
que la demande n'a pas été executée, en raison des faits suivants:
dass der Antrag aus folgenden Gründen nicht erledigt werden konnte:

☐ **In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expences detailed it the attached statement.**
I overensstemmelse med konventionens artikel 12, stk. 2, anmodes rekvirenten om at betale eller refundere de i vedlagte bilag nærmere angivne omkostninger.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais don't le détail figure au mémoire ci-joint.
Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiligenden Aufstellung im einzelen angegeben sind, zu zahlen oder zu erstatten.

☐ **Annexes:**           ☒ **Documents returned:**
Bilag:                   Tilbagesendte dokumenter:
Annexes:                 Piéces renvoyées:
Anlagen:                 Zurückgesandte Schriftstücke:

☐ **In appropiate cases, documents establishing the service:**
I givet fald documenter, der viser, at anmodningen er efterkommet:
Le cas échéant, les documents justificatifs de l'exécution:
Gegebenenfalls Erleidigungsstücke:

**Signature and/or stamp:**
Underskrift og/eller stempel:
Signature et/ou cachet
Unterschrift und/oder Stempel     **Michael Villemoes Larsen, deputy judge.**     Date_____

*KOPI* (stamp)

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identity and address of the applicant**<br>Identité et adresse du requérant | **Address of receiving authority**<br>Adresse de l'autorité destinataire |
|---|---|
| Kevin C. Wheeler (kevin.wheeler@lw.com)<br>Latham & Watkins LLP<br>555 11th Street NW, Suite 1000<br>Washington DC 20004-1327 | Ministry of Justice<br>Procedural Law Division<br>Slotsholmsgade 10<br>1216 COPENHAGEN K, Denmark |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)

Strand Consult
Pilestraede 41-43
Copenhagen, 1112, DK

| ☒ | a) | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre *a*)* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph *b)* of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre *b*)* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.**

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

***List of documents** / Énumération des pièces*

- Complaint and Exs. 1-3; Summons in a Civil Action, Notice of Appearance of Kevin C. Wheeler; Notice of
- Appearance of Thomas W. Yeh; Notice of Appearance of Wesley D. Tiu; Yangtze Memory Technologies Company, Ltd.'s Rule 7.1 Disclosure Statement and Certification of Conflicts and Interested Entities or Persons, Yangtze Memory Technologies, Inc.'s Rule 7.1 Disclosure Statement and Certification of Conflicts and Interested Entities or Persons, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for All Judges of the Northern District of California; Judge Freeman's Standing Order re Civil Cases

\* if appropriate / s'il y a lieu

| **Done at** / Fait à _____<br>**The** / le _____ July 10, 2024 | **Signature and/or stamp**<br>Signature et / ou cachet<br><br>*[signature]* |

Permanent Bureau September 2011

# CERTIFICATE
ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
que la demande a été exécutée*

| – **the (date)** / le (date): | _____ |
|---|---|
| – **at (place, street, number):** <br> à (localité, rue, numéro) : | _____ |

| – **in one of the following methods authorised by Article 5:** <br> dans une des formes suivantes prévues à l'article 5 : | |
|---|---|
| ☐ a) **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*** <br> selon les formes légales (article 5, alinéa premier, lettre *a*)* | |
| ☐ b) **in accordance with the following particular method*:** <br> selon la forme particulière suivante* : <br> _____ | |
| ☐ c) **by delivery to the addressee, if he accepts it voluntarily*** <br> par remise simple* | |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:** <br> Identité et qualité de la personne : | _____ |
|---|---|
| **Relationship to the addressee (family, business or other):** <br> Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | _____ |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants*:

| _____ |
|---|

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes* / Annexes

| **Documents returned:** <br> Pièces renvoyées : | _____ |
|---|---|
| **In appropriate cases, documents establishing the service:** <br> Le cas échéant, les documents justificatifs de l'exécution : | _____ |

* if appropriate / s'il y a lieu

| **Done at** / Fait à _____ , <br><br> **The** / le _____ | **Signature and/or stamp** <br> Signature et / ou cachet |
|---|---|

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire

Strand Consult
Pilestraede 41-43
Copenhagen, 1112, DK

**IMPORTANT**

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Bay Area Legal Aid
4 North 2nd Street
San Jose, California 95113, USA
Tel.: +1.415.982.1300

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 *(article 5, alinéa 4)*.

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Kevin C. Wheeler (kevin.wheeler@lw.com)<br>Latham & Watkins LLP<br>555 11th Street NW, Suite 1000<br>Washington DC 20004-1327 |
| **Particulars of the parties***:<br>Identité des parties* : | Plaintiffs: Yangtze Memory Technologies Company, Ltd and Yangtze Memory Technologies, Inc.<br>Defendants: Strand Consult and Roslyn Layton |

\* If appropriate, identity and address of the person interested in the transmission of the document
  S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
   ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | To inform the defendants of a claim against them and to demand their appearance at court. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | Plaintiffs accuse the defendants of trade libel and unfair competition. Plaintiffs seek damages and costs. |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | Within 21 days after service, the addressee must appear and file an answer in the United States District Court for the Northern District of California, 280 South 1st Street, San Jose, California 95113. |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | No court has issued a judgment. |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | No court has issued a judgment. |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | 21 days |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
   ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | |
| **Time-limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | |

\*\* if appropriate / s'il y a lieu