| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | David Eiseman (Bar No. 114758)<br>  davideiseman@quinnemanuel.com |
| 3 | 50 California Street, 22nd Floor<br>San Francisco, California 94111-4788 |
| 4 | Telephone:     (415) 875-6600<br>Facsimile:      (415) 875-6700 |
| 5 | |
| 6 | Robert Schwartz (Bar No. 117166)<br>  robertschwartz@quinnemanuel.com |
| 7 | Aaron Perahia (Bar No. 304554)<br>  aaronperahia@quinnemanuel.com |
| 8 | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543 |
| 9 | Telephone:     (213) 443-3000<br>Facsimile:      (213) 443-3100 |
| 10 | Evan Pearson (*pro hac vice*)<br>  evanpearson@quinnemanuel.com |
| 11 | 300 West Sixth Street, Suite 2010<br>Austin, Texas 78701-3901 |
| 12 | Telephone:     (737) 667-6100<br>Facsimile:      (737) 667-6110 |
| 13 | |
| 14 | Hayden Little (*pro hac vice*)<br>  haydenlittle@quinnemanuel.com |
| 15 | 700 Louisiana Street, Suite 3900<br>Houston, Texas 77002-2841 |
| 16 | Telephone:     (713) 221-7000<br>Facsimile:      (713) 221-7100 |
| 17 | *Attorneys for Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc., <br><br>Plaintiffs,<br><br>vs.<br><br>Strand Consult and Roslyn Layton,<br><br>Defendants. | Case No. 5:24-cv-03454-BLF<br><br>Hon. Beth Labson Freeman<br><br>**CERTIFICATE OF SERVICE** |

The certificate attached as Exhibit 1 confirms that Roslyn Layton was served in accordance with the procedures provided for in the Hauge Convention on October 4, 2024.

DATED:  October 30, 2024          Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By   /s/ Robert M. Schwartz
Robert M. Schwartz
*Attorneys for Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc.*