QUINN EMANUEL URQUHART & SULLIVAN, LLP
 David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
 50 California Street, 22nd Floor
 San Francisco, California 94111-4788
 Telephone:     (415) 875-6600

 Robert Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
 Aaron Perahia (Bar No. 304554)
  aaronperahia@quinnemanuel.com
 865 South Figueroa Street, 10th Floor
 Los Angeles, California 90017-2543
 Telephone:     (213) 443-3000

 Evan Pearson (*pro hac vice*)
  evanpearson@quinnemanuel.com
 300 West Sixth Street, Suite 2010
 Austin, Texas 78701-3901
 Telephone:      (737) 667-6100

 Hayden Little (*pro hac vice*)
   haydenlittle@quinnemanuel.com
 700 Louisiana Street, Suite 3900
 Houston, Texas 77002-2841
 Telephone:     (713) 221-7000

*Attorneys for Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD. and YANGTZE MEMORY TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> STRAND CONSULT and ROSLYN LAYTON, <br><br> Defendants. | Case No. 5:24-cv-03454-BLF <br><br> Hon. Beth Labson Freeman <br><br> **DECLARATION OF ROBERT M. SCHWARTZ IN OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY** <br><br> Complaint Filed: June 7, 2024 |

**DECLARATION OF ROBERT SCHWARTZ**

I, Robert Schwartz, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc. ("Plaintiffs") in this action. I am licensed to practice law in California and admitted to practice in the Northern District of California. I make this Declaration in support of Plaintiffs' Opposition to Defendants' Strand Consult and Roslyn Layton's Motion to Stay Discovery. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify thereto.

2. Plaintiffs served their initial disclosures in this action on October 24, 2024, fourteen days after the parties' Rule 26(f) conference, as required by Federal Rule of Civil Procedure 26(a)(1)(C). To date, Plaintiffs have not received Defendants Strand Consult and Roslyn Layton's initial disclosures.

3. Attached hereto as **Exhibit A** is a true and correct copy of an article titled *The Art of Balancing Economic and National Security: Policy Review of Semiconductor Manufacturing Equipment Export Control*. The cover page is dated October 2020, identifies the author as "Roslyn Layton, PhD," and features the China Tech Threat logo. This article was obtained on November 13, 2024, from https://roslynlayton.com/wp-content/uploads/2024/03/The-Art-of-Balancing-Economic-and-National-Security.-Semiconductor-Manufacturing-Equipment-Export-Control-FINAL-Oct-2.-2020.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 13, 2024 at Los Angeles, California.

Robert M. Schwartz