UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD. and YANGTZE MEMORY TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>STRAND CONSULT and ROSLYN LAYTON,<br><br>Defendants. | Case No. 5:24-cv-03454-BLF<br><br>Hon. Beth Labson Freeman<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO STAY DISCOVERY**<br><br>Date:   March 13, 2025<br>Time:   9:00 am<br>Place:  Courtroom 3, 5th Floor<br>Trial:   March 22, 2027<br><br>Complaint Filed: June 7, 2024 |

1    Before the Court is Defendants Strand Consult and Roslyn Layton's Motion to Stay
2  Discovery and Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze Memory
3  Technologies, Inc. Opposition to Defendants' Motion.
4    Having reviewed and considered the papers filed in support of and in opposition to
5  Defendants' Motion to Stay, and having heard argument from counsel, the Court finds and
6  determines that because Plaintiffs have filed an amended complaint, Defendants' Motion is
7  DENIED without prejudice.
8    Defendants may renew their Motion should they choose to file a motion to dismiss
9  Plaintiffs' amended complaint.

13 Dated:

Honorable Beth Labson Freeman
United States District Judge