Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc., <br><br> Plaintiff(s) <br><br> v. <br><br> Strand Consult and Roslyn Layton, <br><br> Defendant(s) | Case No. C   5:24-cv-03454-BLF <br><br><br> REQUEST FOR ADR PHONE CONFERENCE |

Counsel hereby request an ADR Phone Conference with a member of the legal staff of the ADR Program.

Date of Case Management Conference: _October 31, 2024_ .

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Robert Schwartz (Plaintiffs) | (213) 443-3000; robertschwartz@quinnemanuel.com |
| Ethan Davis (Defendants) | (415) 318-1200; edavis@kslaw.com |
| | |
| | |

*ADR Local Rule 3-6(a) requires that lead trial counsel participate in the ADR Phone Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date:  11/14/2024          Signed:   /s/ Robert M. Schwartz
                                                    Attorney for Plaintiff

Date:  11/14/2024          Signed:   /s/ Ethan P. Davis
                                                    Attorney for Defendant

*Important!* E-file this form in ECF using event name: "Request for ADR Phone Conference."

Form ADR-TC rev. 5-1-2018