# Exhibit 5

# ENTITY INFORMATION

Search Date and Time: 11/17/2024 5:08:51 PM

## Entity Details

| | |
|---|---|
| Entity Name: | DCI GROUP AZ L.L.C. |
| Entity ID: | L14862750 |
| Entity Type: | Domestic LLC |
| Entity Status: | Active |
| Formation Date: | 10/31/2008 |
| Reason for Status: | In Good Standing |
| Approval Date: | 11/4/2008 |
| Status Date: | |
| Original Incorporation Date: | 10/31/2008 |
| Life Period: | Perpetual |
| Business Type: | |
| Last Annual Report Filed: | |
| Domicile State: | Arizona |
| Annual Report Due Date: | |
| Years Due: | |
| Original Publish Date: | 11/20/2008 |

## Statutory Agent Information

**Name:** CT CORPORATION SYSTEM

**Appointed Status:** Active 2/23/2022

**Attention:**

**Address:** 3800 NORTH CENTRAL AVENUE, SUITE 460 , PHOENIX, AZ 85012, USA

**Agent Last Updated:** 2/23/2022

**E-mail:**

**Attention:**

**Mailing Address:** 3800 NORTH CENTRAL AVENUE, SUITE 460 , PHOENIX, AZ 85012, USA

**County:** Maricopa

## Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Manager | THOMAS J SYNHORST | | 2340 E BEARDSLEY RD #100, PHOENIX, AZ, 85024, USA | 10/31/2008 | 11/4/2008 |
| Manager | TODD W BAUSTERT | | 7713 S 155TH AVE, OMAHA, 68138 | 10/31/2008 | 11/4/2008 |
| Manager | DOUGLAS M GOODYEAR | | 11401 N BLACKHEATH RD, SCOTTSDALE, AZ, 85254, USA | 10/31/2008 | 11/4/2008 |
| Manager | JAMES E MURPHY JR | | 23 MERCY CT, POTMAC, MD, 20854, USA | 10/31/2008 | 11/4/2008 |
| Manager | BRIAN S MCCABE | | 157 SHAKER RD, CANTERBURY, NH, 03224, USA | 10/31/2008 | 11/4/2008 |

< Previous  …  1  2  3  …  Next >   Page 1 of 3, records 1 to 5 of 12    Go to Page

## Statutory Agent Information

**Name:** CT CORPORATION SYSTEM

**Appointed Status:** Active 2/23/2022

**Attention:**

**Address:** 3800 NORTH CENTRAL AVENUE, SUITE 460 , PHOENIX, AZ 85012, USA

**Agent Last Updated:** 2/23/2022

**E-mail:**

**Attention:**

**Mailing Address:** 3800 NORTH CENTRAL AVENUE, SUITE 460 , PHOENIX, AZ 85012, USA

**County:** Maricopa

## Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Manager | JUSTIN M PETERSON | | 5100 WEHAWKEN RD, BETHESDA, MD, 20816, USA | 10/31/2008 | 11/4/2008 |
| Member | TODD W BAUSTERT | | 7713 S 155TH AVE, OMAHA, 68138 | 10/31/2008 | 11/4/2008 |
| Member | THOMAS J SYNHORST | | 2340 E BEARDSLEY RD #100, PHOENIX, AZ, 85024, USA | 10/31/2008 | 11/4/2008 |
| Member | DOUGLAS M GOODYEAR | | 11401 N BLACKHEATH RD, SCOTTSDALE, AZ, 85254, USA | 10/31/2008 | 11/4/2008 |
| Member | BRIAN S MCCABE | | 157 SHAKER RD, CANTERBURY, NH, 03224, USA | 10/31/2008 | 11/4/2008 |

< Previous    ...    1    2    3    ...    Next >    Page 2 of 3, records 6 to 10 of 12    [  ]  Go to Page

### Statutory Agent Information

**Name:** CT CORPORATION SYSTEM

**Appointed Status:** Active 2/23/2022

**Attention:**

**Address:** 3800 NORTH CENTRAL AVENUE, SUITE 460 , PHOENIX, AZ 85012, USA

**Agent Last Updated:** 2/23/2022

**E-mail:**

**Attention:**

**Mailing Address:** 3800 NORTH CENTRAL AVENUE, SUITE 460 , PHOENIX, AZ 85012, USA

**County:** Maricopa

### Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| Member | JAMES E MURPHY JR | | 23 MERCY CT, POTMAC, MD, 20854, USA | 10/31/2008 | 11/4/2008 |
| Member | JUSTIN M PETERSON | | 5100 WEHAWKEN RD, BETHESDA, MD, 20816, USA | 10/31/2008 | 11/4/2008 |

< Previous | ... | 1 | 2 | 3 | ... | Next >    Page 3 of 3, records 11 to 12 of 12    [ ] Go to Page

### Address

**Attention:** Teresa Valentine
**Address:** 2000 K Street, NW Suite 900, WASHINGTON, DC, 20006, USA
**County:** District of Columbia
**Last Updated:** 2/23/2022

**Address**

**Attention:** Teresa Valentine

**Address:** 2000 K Street, NW Suite 900, WASHINGTON, DC, 20006, USA

**County:** District of Columbia

**Last Updated:** 2/23/2022

**Entity Principal Office Address**

**Attention:**

**Address:**

**County:**

**Last Updated:**

Back   Return to Search

Return to Results

Document History    Name/Restructuring History

Pending Documents    Microfilm History

Privacy Policy (http://azcc.gov/privacy-policy) l Contact Us (http://azcc.gov/corporations/corporation-contacts)