# Exhibit 6



# Estevez Nomination Signals Biden Administration's Focus on China Threat

NEWS PROVIDED BY
**China Tech Threat →**
Jul 13, 2021, 18:04 ET

WASHINGTON, July 13, 2021 /PRNewswire/ -- China Tech Threat Co-Founder Roslyn Layton issued the below statement on Alan Estevez, who President Biden named today to head the U.S. Commerce Department's Bureau of Industry and Security (BIS). Read here for more on the elevated importance of BIS as the People's Republic of China seeks to acquire strategic U.S. technology to advance its military.

"We congratulate Mr. Estevez on his nomination at a time of expanded responsibility and oversight at BIS," said Roslyn Layton. "Without the Bureau's due diligence, the latest and greatest American-made, sensitive and strategic technologies could end up in the hands of the Chinese military and threaten our national security. During his confirmation hearing, we expect the members of the Senate Banking Committee to ask Mr. Estevez how he intends to strengthen controls on strategic technologies like advanced semiconductor manufacturing equipment, whether BIS will move quickly to restrict known semiconductor fabs aligned with the Chinese military like YMTC and CMXT, and how BIS will enforce the updated requirements of the Export Control and Reform Act (ECRA) of 2018."

Given his three decades of Pentagon experience, Mr. Estevez has an unparalleled understanding of defense technology, supply chain security and foreign investment – all of which is an immense asset in helping him to direct BIS in strengthening our national and economic security by enforcing export controls, treaty compliance and continued U.S. technological leadership.

"Placing Mr. Estevez at the helm of BIS signals that the Biden administration understands the threat posed by China and is taking it seriously," Layton added.

SOURCE China Tech Threat

