QUINN EMANUEL URQUHART &
SULLIVAN, LLP
 David Eiseman (Bar No. 114758)
   davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600

 Robert Schwartz (Bar No. 117166)
   robertschwartz@quinnemanuel.com
 Aaron Perahia (Bar No. 304554)
   aaronperahia@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000

 Evan Pearson (*pro hac vice*)
   evanpearson@quinnemanuel.com
300 West Sixth Street, Suite 2010
Austin, Texas 78701-3901
Telephone:      (737) 667-6100

 Hayden Little (*pro hac vice*)
    haydenlittle@quinnemanuel.com
700 Louisiana Street, Suite 3900
Houston, Texas 77002-2841
Telephone:     (713) 221-7000

*Attorneys for Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc.*

KING & SPALDING LLP
 Ethan P. Davis (SBN 294683)
   edavis@kslaw.com
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:     (415) 318-1228

 Randy M. Mastro (*pro hac vice*)
   rmastro@kslaw.com
1185 Avenue of the Americas, 34th Floor
New York, New York 10036
Telephone:     (212) 556-2100

*Attorneys for Defendants Strand Consult and Roslyn Layton*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD. and YANGTZE MEMORY TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STRAND CONSULT and ROSLYN LAYTON, <br><br> Defendants. | Case No. 5:24-cv-03454-BLF <br><br> Hon. Beth Labson Freeman <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES NOT SET BY CASE MANAGEMENT ORDER** |

# STIPULATION

Counsel for Plaintiffs Yangtze Memory Technologies Company, Ltd., and Yangtze Memory Technologies, Inc. (together, "YMTC" or "Plaintiffs"), and counsel for Defendants Strand Consult and Roslyn Layton (together, "Defendants") hereby submit this stipulation per the Court's November 4, 2024 Case Management Order (the "CMO").  *See* Dkt. 45.

The CMO set dates for the last day to request leave to amend the pleadings, the last day to hear dispositive motions, a final pretrial conference, and trial.  Dkt. 45 at 2.  The CMO also required the parties "to meet, confer, and submit a stipulation and order setting all deadlines not set by the Court . . . including discovery cut-offs and expert disclosure deadlines[.]"  Dkt. 45 at 1.  Plaintiffs and Defendants hereby stipulate, subject to the Court's approval, to the following deadlines not set by the Court.  Dates established by the CMO are denoted with asterisks.

| EVENT | DATE OR DEADLINE |
|---|---|
| **Last day for Defendants Strand Consult and Roslyn Layton to answer or respond to the forthcoming amended complaint** | Within 30 days of filing of the forthcoming amended complaint |
| **Last Day to Request Leave to Amend the Pleadings per Fed. R. Civ. P. 15** | Friday, January 3, 2025* |
| **Non-expert discovery cutoff** | Thursday, February 19, 2026 |
| **Opening expert reports** | Thursday, March 26, 2026 |
| **Rebuttal expert reports** | Thursday, April 30, 2026 |
| **Expert discovery cutoff** | Thursday, May 28, 2026 |
| **Deadline to file dispositive motions** | Thursday, June 25, 2026 |
| **Deadline for responses to dispositive motions** | Thursday, July 23, 2026 |
| **Deadline for replies in support of dispositive motions** | Thursday, August 6, 2026 |
| **Deadline to hear dispositive motions** | Thursday, September 17, 2026* |
| **Pretrial conference** | Thursday, February 11, 2027* |
| **Trial** | Monday, March 22, 2027* |

**IT IS SO STIPULATED.**

DATED: November 15, 2024                  Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Aaron Perahia
Aaron Perahia
*Attorneys for Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc.*

DATED: November 15, 2024                  Respectfully submitted,

KING & SPALDING LLP

By  /s/ Ethan P. Davis
Ethan P. Davis
*Attorneys for Defendants Strand Consult and Roslyn Layton*

**CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Aaron Perahia, am the ECF user whose credentials were utilized in the electronic filing of this document.  In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Ethan P. Davis concurred in the filing of this document.

DATED: November 15, 2024

*/s/ Aaron Perahia*
Aaron Perahia

1  **[PROPOSED] ORDER REGARDING DEADLINES**

2      The above STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES
3  NOT SET BY CASE MANAGEMENT ORDER is approved for this case and all parties shall
4  comply with its provisions.

6      IT IS SO ORDERED.

8  Dated: November 18, 2024

                                    _/s/ Beth Labson Freeman_
9                                HON. BETH LABSON FREEMAN
                              UNITED STATES DISTRICT JUDGE