# EXHIBIT B

# Collier County Property Appraiser
# Property Summary

| Parcel ID | 14043960009 | Site Address *Disclaimer | 957 8TH ST S | | Site City | NAPLES | Site Zone *Note | 34102 |
|---|---|---|---|---|---|---|---|---|

| Name / Address | THOMAS R LAYTON FAM TRUST |
|---|---|
| | MARGARET L LAYTON REV TRUST |
| | 957 8TH ST S |
| | |
| | |
| City | NAPLES | State | FL | Zip | 34102-8214 |

| Map No. | Strap No. | Section | Township | Range | Acres *Estimated |
|---|---|---|---|---|---|
| 5A09 | 097300 11 95A09 | 9 | 50 | 25 | 0.31 |

| Legal | NAPLES T 9 BLK 11 N 100FT OF LOTS 9-12 OR 975 PG 1825 |
|---|---|

| Millage Area | 4 | | Millage Rates *Calculations | | |
|---|---|---|---|---|---|
| Sub./Condo | 97300 - NAPLES PLAN OF TIER 9 | | School | Other | Total |
| Use Code | 1 - SINGLE FAMILY RESIDENTIAL | | 4.3132 | 4.8024 | 9.1156 |

## Latest Sales History
(Not all Sales are listed due to Confidentiality)

| Date | Book-Page | Amount |
|---|---|---|
| 11/30/22 | 6205-3586 | $ 0 |
| 11/30/22 | 6205-3583 | $ 0 |
| 11/30/22 | 6205-3582 | $ 0 |
| 02/24/06 | 3987-2668 | $ 0 |
| 06/01/82 | 975-1825 | $ 130,000 |
| 02/01/78 | 735-1365 | $ 0 |

## 2024 Certified Tax Roll
(Subject to Change)

| | | |
|---|---|---|
| | Land Value | $ 3,528,360 |
| (+) | Improved Value | $ 261,302 |
| (=) | Market Value | $ 3,789,662 |
| (-) | Save our Home | $ 3,309,060 |
| (=) | Assessed Value | $ 480,602 |
| (-) | Homestead | $ 25,000 |
| (-) | Widow(er) | $ 5,000 |
| (=) | School Taxable Value | $ 450,602 |
| (-) | Additional Homestead | $ 25,000 |
| (=) | Taxable Value | $ 425,602 |
| | Ad Valorem Taxes | $ 3,987.44 |
| (+) | Non-Ad Valorem Taxes | $ 0 |
| (=) | Total Taxes | $ 3,987.44 |

Values are as of January 1st each year. If all values are 0, this parcel was created after the Final Tax Roll.

Disclaimer: The actual total property taxes may vary due to changes in millage rates set by taxing authorities, the addition of non-ad valorem assessments, and special assessments. For the most accurate and up-to-date tax information, please visit the Collier County Tax Collector's office to see the final Tax bills.