QUINN EMANUEL URQUHART & SULLIVAN, LLP
 David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
 50 California Street, 22nd Floor
 San Francisco, California 94111-4788
 Telephone:    (415) 875-6600

 Robert Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
 Aaron Perahia (Bar No. 304554)
  aaronperahia@quinnemanuel.com
 865 South Figueroa Street, 10th Floor
 Los Angeles, California 90017-2543
 Telephone:    (213) 443-3000

 Evan Pearson (*pro hac vice*)
  evanpearson@quinnemanuel.com
 300 West Sixth Street, Suite 2010
 Austin, Texas 78701-3901
 Telephone:    (737) 667-6100

 Hayden Little (*pro hac vice*)
  haydenlittle@quinnemanuel.com
 700 Louisiana Street, Suite 3900
 Houston, Texas 77002-2841
 Telephone:    (713) 221-7000

*Attorneys for Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD. and YANGTZE MEMORY TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> STRAND CONSULT (d/b/a CHINA TECH THREAT), ROSLYN LAYTON, and DCI GROUP AZ, LLC, <br><br> Defendants. | Case No. 5:24-cv-03454-BLF <br><br> Hon. Beth Labson Freeman <br><br> **CERTIFICATE OF SERVICE** |

Case No. 5:24-cv-03454-BLF
CERTIFICATE OF SERVICE

1  The Proof of Service attached at Exhibit 1 confirms that DCI Group AZ, LLC was served
2  in compliance with Civil L.R. 4-2.

3  DATED:  November 21, 2024         Respectfully submitted,

                                     QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP


                                     By    /s/ Robert M. Schwartz
                                         Robert M. Schwartz

                                     *Attorney for Plaintiffs Yangtze Memory*
                                     *Technologies Company, Ltd. and Yangtze Memory*
                                     *Technologies, Inc.*

Case No. 5:24-cv-03454-BLF
CERTIFICATE OF SERVICE