# EXHIBIT 1

| Attorney or Party without Attorney:<br>Robert M. Schwartz (SBN 117166)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>    *Telephone No:* (213) 443-3000<br>    *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>13309-00001 | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DICTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION ||| 
| *Plaintiff:* Yangtze Memory Technologies Company, Ltd., et al<br>*Defendant:* Strand Consult, et al |||
| **PROOF OF SERVICE** | *Hearing Date:*     *Time:*     *Dept/Div:* | *Case Number:*<br>5:24-cv-03454-BLF |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Amended Complaint; Case Management Order; Alternative Dispute Resolution Program; Stipulation And [Proposed] Order Regarding Deadlines Not Set By Case Management Order; Stipulation And Order Regarding Deadlines Not Set By Case Management Order; Standing Order Re Civil Cases Judge Beth Labson Freeman; Standing Order Re Civil Jury Trials Judge Beth Labson Freeman; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Consent Or Declination To Magistrate Judge Jurisdiction

3.    a.    Party served:    DCI Group AZ L.L.C.
      b.    Person served:    Everett Bethea, Authorized to Accept service for CT Corporation System, Agent for Service of Process authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    3800 North Central Avenue Suite 460, Phoenix, AZ 85012

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Nov 19, 2024 (2) at: 02:00 PM

6. **Person Who Served Papers:**
   a. Michael Cryan (5491, Maricopa County)      d. **The Fee** for Service was:   $392.25
   b. FIRST LEGAL
        1517 W. Beverly Blvd.
        LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

11/20/2024
(Date)            (Signature)



**PROOF OF SERVICE**

12202019
(5972931)