| | |
|---|---|
| ETHAN P. DAVIS (SBN 294683)<br>  *edavis@kslaw.com*<br>MICHAEL LANGER RESCH (SBN 202909)<br>  *mresch@kslaw.com*<br>**KING & SPALDING LLP**<br>50 California Street, Suite 3300<br>San Francisco, California 94111<br>Telephone: (415) 318-1200<br>Facsimile: (415) 318-1300<br><br>RANDY M. MASTRO (*pro hac vice*)<br>  *rmastro@kslaw.com*<br>**KING & SPALDING LLP**<br>1185 Avenue of the Americas, 34th Floor<br>New York, New York 10036<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222<br><br>*Attorneys for Defendants*<br>STRAND CONSULT, ROSLYN LAYTON,<br>and DCI GROUP AZ LLC | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>David Eiseman (Bar No. 114758)<br>davideiseman@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone: (415) 875-6600<br><br>Robert Schwartz (Bar No. 117166)<br>robertschwartz@quinnemanuel.com<br>Aaron Perahia (Bar No. 304554)<br>aaronperahia@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br><br>Evan Pearson (*pro hac vice*)<br>evanpearson@quinnemanuel.com<br>300 West Sixth Street, Suite 2010<br>Austin, Texas 78701-3901<br>Telephone: (737) 667-6100<br><br>Hayden Little (*pro hac vice*)<br>haydenlittle@quinnemanuel.com<br>700 Louisiana Street, Suite 3900<br>Houston, Texas 77002-2841<br>Telephone: (713) 221-7000<br><br>*Attorneys for Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD. AND YANGTZE MEMORY TECHNOLOGIES, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>STRAND CONSULT, ROSLYN LAYTON, AND DCI GROUP AZ LLC,<br><br>        Defendants. | Case No. 5:24-cv-03454-BLF<br><br>Hon. Beth Labson Freeman<br><br>**PARTIES' STIPULATED EXTENSION OF TIME FOR DEFENDANT DCI GROUP LLC TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFFS TO RESPOND TO ANY MOTION TO DISMISS**<br><br>Complaint Filed: June 7, 2024 |

1  Pursuant to Civil Local Rule 6-1(a), Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc. (together, "Plaintiffs") and Defendants DCI Group AZ, LLC, Strand Consult, and Roslyn Layton (together, "Defendants") hereby stipulate that the time within which DCI Group AZ, LLC, may answer or otherwise respond to the Amended Complaint, ECF No. 50, shall be extended to and including December 17, 2024. This stipulated extension will align the deadlines for all three defendants to answer or otherwise respond to the Amended Complaint.

Pursuant to Civil Local Rule 6-2, Plaintiffs and Defendants (together, the "Parties") respectfully request an order extending from 14 days to 21 days the time for Plaintiffs to file any opposition to any motion to dismiss that may be filed by Defendants. In support, the Parties respectfully submit the Declaration of Ethan P. Davis filed herewith pursuant to Civil Local Rule 6-2(a).

Dated: December 5, 2024

KING & SPALDING LLP

By: */s/ Ethan P. Davis*
ETHAN P. DAVIS
MICHAEL L. RESCH
RANDY MASTRO (*pro hac vice*)

*Attorneys for Defendants*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Robert M. Schwartz*
ROBERT M. SCHWARTZ
DAVID EISEMAN
AARON PERAHIA
EVAN PEARSON
HAYDEN LITTLE

*Attorneys for Plaintiffs*