ETHAN P. DAVIS (SBN 294683)
edavis@kslaw.com
MICHAEL LANGER RESCH (SBN 202909)
mresch@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

RANDY M. MASTRO (*pro hac vice*)
rmastro@kslaw.com
**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Floor
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for Defendants*
STRAND CONSULT, ROSLYN LAYTON, and DCI
GROUP AZ LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD. AND YANGTZE MEMORY TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STRAND CONSULT, ROSLYN LAYTON, AND DCI GROUP AZ L.L.C., <br><br> Defendants. | Case No. 5:24-cv-03454-BLF <br><br> Hon. Beth Labson Freeman <br><br> **DECLARATION OF ETHAN P. DAVIS IN SUPPORT OF PARTIES' STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFFS TO RESPOND TO ANY MOTION TO DISMISS** <br><br> Complaint Filed: June 7, 2024 |

**DECLARATION OF ETHAN P. DAVIS**

I, Ethan P. Davis, declare as follows:

1. I am a partner at the law firm of King & Spalding LLP, counsel for DCI Group AZ L.L.C., ("Defendant") in the above-captioned litigation. I am licensed to practice law in the State of California. I submit this declaration in support of the Parties' Stipulated Request for Order Changing Time for Plaintiffs to Respond to Any Motion to Dismiss. I have personal knowledge of the facts set forth herein and could competently testify thereto if called upon to do so.

2. Pursuant to the Stipulation and Order Regarding Deadlines Not Set by Case Management Order, ECF No. 54, the last day for Defendants Strand Consult and Roslyn Layton to answer or respond to the amended complaint is within 30 days of the filing of the amended complaint.

3. The Amended Complaint was filed on November 17, 2024. ECF No. 50.

4. The deadline for Defendants Strand Consult and Roslyn Layton to answer or respond to the Amended Complaint is therefore December 17, 2024.

5. By the Stipulation filed herewith and pursuant to Civil Local Rule 6-1(a), the Parties have stipulated to extend the time within which Defendant DCI Group AZ, LLC is to answer or otherwise respond to the Amended Complaint to and including December 17, 2024.

6. The stipulated extension of time for DCI Group to answer or otherwise respond to the Amended Complaint will align the deadlines for all three defendants to answer or otherwise respond to the Amended Complaint.

7. Pursuant to Civil Local Rule 7-3(a), any opposition to a motion must be filed and served not more than 14 days after the motion was filed.

8. Therefore, if the Defendants file a motion to dismiss on December 17, 2024, the deadline by which Plaintiffs must file any opposition will be December 31, 2024.

9. The Parties have agreed to request that the time within which Plaintiffs must file any opposition to any motion to dismiss be extended from 14 days to 21 days.

10. The requested enlargement of time is to grant Plaintiffs a reciprocal extension and to account for various holidays near December 31, 2024.

11. The previous time modifications in this case are as follows:

      a. In September 2024, the Court granted Plaintiffs' unopposed motion to extend the deadline for Defendant Strand Consult to respond to the Complaint. *See* ECF Nos. 17, 18.

      b. In October 2024, the Court granted the Parties' Stipulated Joint Request for an Order Changing and Extending Time for Defendants to Respond to Plaintiffs' Complaint. *See* ECF Nos. 28, 30.

12. The requested enlargement of time would not otherwise modify the schedule for the case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of December 2024, at San Francisco, California.

                    */s/ Ethan P. Davis*
                    ETHAN P. DAVIS