Michael L. Resch (SBN 202909)
*mresch@kslaw.com*
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Randy M. Mastro (*pro hac vice*)
*rmastro@kslaw.com*
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, New York 10036

*Attorney for Defendants*
STRAND CONSULT AND ROSLYN LAYTON
and DCI GROUP AZ, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD. AND YANGTZE MEMORY TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STRAND CONSULT AND ROSLYN LAYTON, AND DCI GROUP AZ, L.L.C., <br><br> Defendants. | Case No. 5:24-cv-03454-BLF <br><br> Hon. Beth Labson Freeman <br><br> **DECLARATION OF MICHAEL L. RESCH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** <br><br> Complaint Filed: June 7, 2024 |

# **DECLARATION OF MICHAEL L. RESCH**

I, Michael L. Resch, declare as follows:

1. I am a partner at the law firm of King & Spalding LLP, counsel for Defendants Strand Consult, Roslyn Layton, and DCI Group AZ, L.L.C. in the above-captioned litigation. I am licensed to practice law in the State of California. I have personal knowledge of the facts set forth herein and could competently testify thereto if called upon to do so. I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

2. Attached as **Exhibit 1** is a true and correct excerpted copy of a report published by the White House in June 2021, titled "Building Resilient Supply Chains, Revitalizing American Manufacturing, and Fostering Broad-Based Growth." The excerpts include the cover and title pages and the entirety of the section authored by the Department of Commerce and titled Review of Semiconductor Manufacturing and Advanced Packaging. The entire report is available at https://www.whitehouse.gov/wp-content/uploads/2021/06/100-day-supply-chain-review-report.pdf. The excerpts are pages 1–3 and 21–82 of the report.

3. Attached as **Exhibit 2** is a true and correct copy of the "Additions and Revisions to the Entity List and Conforming Removal From the Unverified List" issued by the Department of Commerce and published in the Federal Register on December 19, 2022. The List is also available at https://www.federalregister.gov/documents/2022/12/19/2022-27151/additions-and-revisions-to-the-entity-list-and-conforming-removal-from-the-unverified-list.

4. Attached as **Exhibit 3** is a true and correct copy of the list of "Entities Identified as Chinese Military Companies Operating in the United States in accordance with Section 1260H of the William M. ('Mac') Thornberry National Defense Authorization Act for Fiscal Year 2021," which was updated by the Department of Defense on January 31, 2024. Included in Exhibit 3 is also a true and correct copy of the press release published by Department of Defense announcing the release of the updated list. The press release is available at https://www.defense.gov/News/Releases/Release/Article/3661985/dod-releases-list-of-peoples-republic-of-china-prc-military-companies-in-accord/ and the list is available at https://media.defense.gov/2024/Jan/31/2003384819/-1/-1/0/1260H-LIST.PDF.

1  5.  As set forth in Defendants' Motion to Dismiss the Amended Complaint, Exhibits 1-3 are subject to Defendants' request for judicial notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of December, 2024, at Jersey City, New Jersey.

                                               /s/ Michael L. Resch
                                               MICHAEL L. RESCH