Michael L. Resch (SBN 202909)
*mresch@kslaw.com*
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Randy M. Mastro (*pro hac vice*)
*rmastro@kslaw.com*
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, New York 10036

*Attorney for Defendants*
STRAND CONSULT AND ROSLYN LAYTON
and DCI GROUP AZ, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD. AND YANGTZE MEMORY TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STRAND CONSULT AND ROSLYN LAYTON, AND DCI GROUP AZ, L.L.C., <br><br> Defendants. | Case No. 5:24-cv-03454-BLF <br><br> Hon. Beth Labson Freeman <br><br> **DECLARATION OF ROSLYN LAYTON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** <br><br> Complaint Filed: June 7, 2024 |

## DECLARATION OF ROSLYN LAYTON

I, Roslyn Layton, submit this Declaration in support of the defendants' motion to dismiss the first amended complaint in *Yangtze Memory Technologies Co., Ltd. v. Strand Consult*, No. 5:24-cv-3454-BLF (N.D. Cal.). This Declaration is submitted solely for the purpose of providing information relevant to that motion and does not constitute consent to the exercise of personal jurisdiction over me in that action. I hereby declare as follows:

1. I have lived in Denmark since 2010 and consider it my home. I live in Denmark with my husband, John Strand, and our children. I intend to remain in Denmark.

2. Attached as **Exhibit A** is a true and correct copy of my Certificate of Residence and Tax Liability from the Danish Customs and Tax Administration, which confirms that I have resided in Denmark and been subject to Danish income taxes since May 6, 2010.

3. I am a dual citizen of the United States and Denmark.

4. My employer is Strand Consult Aps, a Danish company. I ordinarily complete my work for Strand Consult, including work related to the China Tech Threat website, in Denmark. I occasionally work in other locations while traveling for business. I do not have any other employer.

5. The house located at 957 8th Street South, Naples, Florida, was my childhood home. I have never owned that house.

6. I occasionally visit my mother in Naples, Florida, while my children are on school break. I estimate that I spend a few weeks total in Florida each year.

7. I have used the address of my mother's Naples home on correspondence related to China Tech Threat.

8. I am registered to vote in Florida and was so registered in June 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __17th__ day of December, 2024.

/s/ *Roslyn Layton*
Roslyn Layton