# EXHIBIT A



**SKATTE STYRELSEN**

**Bopæls- og skatteforhold**
*Residence and tax liability*

Attestation af bopæls- og skatteforhold til anvendelse i:
*Certificate of residence and tax liability for use in:*

Land / Country

USA

Det bekræftes herved, at / *It is hereby certified that*

| Efternavn / Surname | Fornavn(e) / First name(s) | Fødselsdato / Date of birth |
|---|---|---|
| Layton | Roslyn Mae | ▇▇/1974 |

Personnummer / registreringsnummer i bopælslandet / *Identification number / registration number in the country of residence*

270374-▇▇▇▇

Har været indkomstskattepligtig (efter reglerne for bosiddende personer) til:
*Has been subject to income tax under the rules in force for individuals residing in:*

| Land / Country | Fra (dato) / Since (date) | Til (dato, hvis kendt) / Until (date, if known) |
|---|---|---|
| Denmark | 06/05/2010 | Still |

Adresse (gade og husnummer) / *Address (street and house number)*

Gammel Moent 14, 4. th.

Postnummer og postdistrikt / *Postal code and district*

1117 Copenhagen K

**Udfyldes af Skattestyrelsen eller den udenlandske skattemyndighed** *To be completed by the Tax Agency*

Denne erklæring er baseret på oplysninger registreret på tidspunktet for erklæringens afgivelse.
*This certificate is based on information registered on the date the certificate was signed.*

Skattemyndighedens adresse / Address of the tax authority

Dato / Date

Skattemyndighedens stempel og underskrift / Stamp and signature of the tax authority

*[signature: Lisa S. Olesen]*

**SKATTE STYRELSEN**
Fabriksvej 13
7600 Struer
Skatteforvaltningen

**3 0 OKT. 2024**

*[signature: Lisa S. Olesen]*
Assistent (Clerk) Lisa S. Olesen
Danish Customs and Tax Administration

2024.03
02.034_DA/ENG

Skattestyrelsen er en del af Skatteforvaltningen
*The Danish Tax Agency is part of the Danish Customs and Tax Administration*