QUINN EMANUEL URQUHART & SULLIVAN, LLP
 David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:     (415) 875-6600

 Robert Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
 Aaron Perahia (Bar No. 304554)
  aaronperahia@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000

 Evan Pearson (*pro hac vice*)
  evanpearson@quinnemanuel.com
300 West Sixth Street, Suite 2010
Austin, Texas 78701-3901
Telephone:      (737) 667-6100

 Hayden Little (*pro hac vice*)
   haydenlittle@quinnemanuel.com
700 Louisiana Street, Suite 3900
Houston, Texas 77002-2841
Telephone:     (713) 221-7000

*Attorneys for Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD. and YANGTZE MEMORY TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> STRAND CONSULT, ROSLYN LAYTON, and DCI GROUP AZ, L.L.C. <br><br> Defendants. | Case No. 5:24-cv-03454-BLF <br><br> Hon. Beth Labson Freeman <br><br> **DECLARATION OF AARON PERAHIA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br> Amended Complaint Filed: November 17, 2024 |

**DECLARATION OF AARON PERAHIA**

I, Aaron Perahia, declare as follows:

1. I am Of Counsel at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc. ("Plaintiffs") in this action. I am licensed to practice law in California and admitted to practice in the Northern District of California. I make this Declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify thereto.

2. On December 13, 2024, counsel for Plaintiffs joined a call with counsel for Defendants. During the call, Mr. Resch threatened to file a Rule 11 sanctions motion unless Plaintiffs voluntarily dismissed their case. Counsel for Plaintiffs stated that we needed more time to evaluate Defendants' position and asked that Defendants follow up in writing with the authority on which they relied in support of their threats.

3. Attached hereto as **Exhibit A** is a true and correct copy of email correspondence between the parties. At 7:44 PM on Saturday, December 14, counsel for Defendants sent a list of authorities in support of their threatened Rule 11 motion. *Id.* at 5–6. Counsel for Plaintiffs responded to Defendants' points on Monday, December 16. *Id.* at 3–5. On December 20, counsel for Defendants stated their intention to serve a Rule 11 motion on Plaintiffs the week of January 6, 2025. *Id.* at 2.

4. Attached hereto as **Exhibit B** is a true and correct copy of a December 2, 2003 Washington Monthly article by Nick Confessore titled *How James Glassman reinvented journalism—as lobbying* available at https://washingtonmonthly.com/2003/12/02/meet-the-press (last accessed on January 2, 2024). This article was cited and referenced in Plaintiffs' Amended Complaint at paragraph 49.

5. Attached hereto as **Exhibit C** is a true and correct copy of a January 25, 2018 Bloomberg Businessweek article by Zachary R. Mider and Ben Elgin titled *How Hedge Funds (Secretly) Get Their Way in Washington* available at https://www.bloomberg.com/news/features/2018-01-25/how-hedge-funds-secretly-get-their-way-

in-washington (last accessed on January 2, 2025).  This article was cited and referenced in Plaintiffs' Amended Complaint at paragraph 50.

6. Attached hereto as **Exhibit D** is a true and correct copy of the About Me page of Roslyn Layton's website available at https://roslynlayton.com/about-me (last accessed on January 7, 2025).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 7, 2025 at Los Angeles, California.

/s/ Aaron Perahia
Aaron Perahia