# Exhibit D

**Roslyn Layton, PhD**
TECH POLICY

ABOUT    BLOG    PUBLICATIONS    EVENTS    MEDIA    CONTACT

## About me

I empower policymakers with evidence and support the research agenda for technology policy. I explain complex topics in everyday language with accessible examples so that people can understand. I teach people how to think critically and to ask critical questions. I perform Policy Research, Expert Testimony, Trainings on Technology Policy, and Public Commentary. My education and affiliations are listed below.

Prior to entering the tech policy research field, I worked in Silicon Valley, India, and Netherlands in software, analytics, digital marketing, healthcare IT, finance, and philanthropy.  I was born in Pittsburgh, PA, USA in 1974 and earned Danish citizenship in 2022. I am happily married with three children. The information on this website reflects my own views.

Advanced technologies like the internet are an increasingly important part of our life and they grow more complex. In fact, the more complex they become, the more intimidated people are to study them. This is time that we need to dig in, investigate, and update our understanding and policy. The policy to enable technological transformation should have an informed discussion, though it can be politicized. Indeed, two economists can look at the same set of data and come to different conclusions.  Even if this is difficult, we need to have discussions and hear different perspectives. This website provides information and resource for policymakers, journalists, and the general public.

Academics have an important role to play to engage and educate to improve policy. This collaboration is a vital process of democracy along with other forms of free exchange.

I provide my expertise to policymakers, the press and the public. Here is an overview of my policy research, expert testimony, trainings and education on technology policy, and public commentary. You can read about my expertise here

You are welcome to contact me regarding my Policy Research, my expert testimony, my Trainings on Technology Policy or comment in the press and media about technology policy issues.



## Education

### PhD and Visiting Researcher, Centre for Communications, Media and Information technologies (CMI), Department of Electronic Systems, Aalborg University, Copenhagen, Denmark

CMI is a premiere university institution for the multi-disciplinary study of telecommunications policy and conducts research through problem-based learning. I teach at the university, collaborate with academics and students, and publish at the university. I earned my PhD at CMI-AAU in 2017 as part of the Denmark's Industrial PhD program, a program with more than 50 years of history to promote the creation of knowledge to improve the nation and society.

Privacy - Terms





Rotterdam School of Management and OneMBA, MBA Graduate

The Rotterdam School of Management (RSM) in Netherlands is one of the world's leading business schools excelling in the instruction of sustainability and supply chain management. I earned both an MBA from RSM and the OneMBA designation in 2007, a truly global executive MBA.  It is a fully accredited master's degree program carried out in 5 leading universities on 5 continents in 5 countries (USA, Netherlands, Mexico, Brazil, and China). I served as President of the OneMBA Alumni Association, a group of thousands of business executives.

The American University, Washington, D.C., Bachelor of Arts

I graduated cum laude with an undergraduate degree from the School of International Service the American University (AU) in 1995.  My academic focus was on economics and Japanese language.



Ritsumeikan University, Kyoto, Japan

I studied Japanese language and culture at this fine university in the one of the world's most important and historic cities in 1994-1995.



# Roslyn Layton, PhD
TECH POLICY

ABOUT  BLOG  PUBLICATIONS  EVENTS  MEDIA  CONTACT

[Strand Consult](#) is an independent consultancy with a strong focus on the Telecom industry. We produce strategic reports, research notes and workshops on the telecom industry. It is comprised of a team of experts on various mobile topics With 25 years of experience and more than 170 operators on our client list, we are regarded as one of the leading authorities on technologies, revenue models, distribution strategies and the impact of regulation. Strand Consult tells the truth about the mobile industry, including negative and critical assessments of operators when it is warranted.



## Colombia Business School

I am Fellow at Columbia Institute for Tele-Information.



## Krach Institute for Tech Diplomacy

I serve on the Advisory Council of the Krach Institute for Tech Diplomacy at Purdue University which bridges the knowledge and experience gaps between innovators and policymakers so that like-minded nations can understand critical emerging technologies and make informed laws and policy decisions.

**Roslyn Layton, PhD**
TECH POLICY

ABOUT　BLOG　PUBLICATIONS　EVENTS　MEDIA　CONTACT



National Security Institute, George Mason University

I am a Senior Fellow at the National Security Institute (NSI) at George Mason University's Antonin Scalia Law School, which is dedicated to finding practical answers to national security law and policy questions.



Lincoln Policy

I serve as a Senior Non-Resident Fellow at Lincoln Policy, which bridges the gap between Silicon Valley and DC, advancing a more perfect union between technology and the American republic. We believe in a world of free people and competitive markets, and that fostering a robust innovation ecosystem is crucial to creating a better, freer, and more abundant future.

# Roslyn Layton, PhD
TECH POLICY

ABOUT   BLOG   PUBLICATIONS   EVENTS   MEDIA   CONTACT



**American Enterprise Institute**

I was affiliated with the American Enterprise Institute from 2013 – 2020 as a visiting fellow. Read the content I created for AEI here.



**Japan U.S. Senate Youth Exchange, Scholarship Awardee**

As a high school student, I had the privilege to study in Japan on a scholarship from the United States Senate. This is a fantastic program run by Youth For Understanding (YFU), a non-profit international educational organization with programs in 64 countries. One of the world's oldest, largest, and most respected exchange organizations, YFU has exemplified excellence in exchange worldwide since 1951.

# Roslyn Layton, PhD
TECH POLICY

ABOUT   BLOG   PUBLICATIONS   EVENTS   MEDIA   CONTACT



**China Tech Threat**

I founded China Tech Threat to study the problems of Chinese government-owned technology as it relates to malicious hardware, software, and components; data theft and exfiltration, and unethical and illegal business practices. Sign up for the newsletter here.



**Academic Conference Program Committees**

I have served on the Program Committees of Telecom Policy Research Conference and International Telecom Society





# Roslyn Layton, PhD
TECH POLICY

ABOUT    BLOG    PUBLICATIONS    EVENTS    MEDIA    CONTACT

## Roslyn Layton, PhD
TECH POLICY

*Evidence-based analysis for policymakers.*

**LINKS**

BLOG

PUBLICATIONS

EVENTS

**LINKS**

MEDIA COVERAGE

ABOUT

CONTACT

Privacy Policy   Cookie Policy   Terms of use