Michael L. Resch (SBN 202909)
*mresch@kslaw.com*
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Randy M. Mastro (*pro hac vice*)
*rmastro@kslaw.com*
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for Defendants*
STRAND CONSULT, ROSLYN LAYTON,
and DCI GROUP AZ, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD. AND YANGTZE MEMORY TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STRAND CONSULT, ROSLYN LAYTON, AND DCI GROUP AZ, L.L.C., <br><br> Defendants. | Case No. 5:24-cv-03454-BLF <br><br> Hon. Beth Labson Freeman <br><br> **STATEMENT OF RECENT DECISION** |

|   |   |
|---|---|
| 1 | In accordance with Civil Local Rule 7-3(d)(2), Strand Consult, Roslyn Layton, and DCI Group AZ, L.L.C. (together, "Defendants") wanted to bring to the Court's attention the Supreme Court's decision today in *Royal Canin U.S.A., Inc. v. Wullschleger*, No. 23-677 (Jan. 15, 2025). A copy of the slip opinion in *Wullschleger* is attached as Exhibit A. Upon initial review, this opinion, in *dicta* and in a different procedural context, relates to the subject matter jurisdiction issue raised in Defendants' motion to dismiss. (Dkt. 65 at 6-11). Defense counsel will be prepared to address at oral argument the implications of *Wullschleger* on that issue. The opinion has no effect on the other grounds for dismissal presented in Defendants' motion to dismiss. |

DATED: January 15, 2025               KING & SPALDING LLP

                                       By: /s/ *Michael L. Resch*
                                           Michael L. Resch
                                           Randy M. Mastro (*pro hac vice*)

                                           Attorneys for Defendants Strand Consult,
                                           Roslyn Layton, and DCI Group AZ, L.L.C.