# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STRAND CONSULT, et al.,<br><br>Defendants. | Case No. 24-cv-03454-BLF<br><br>**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPY**<br><br>[Re: ECF 50, 66, 67] |

The Court has not yet received chambers copies of 1) Plaintiffs' Amended Complaint (ECF 50); 2) Plaintiffs' Opposition to Defendants' motion to dismiss amended complaint (ECF 66); and 3) Defendants' Reply in Support of Defendants' Motion to Dismiss Amended Complaint (ECF 67) and the exhibits in support of thereof. The Court ORDERS the parties to submit chambers copies of those briefs and their supporting exhibits and declarations in accordance with this Court's Standing Orders Re Civil Cases § IX to **be received by the Court no later than February 11, 2024**. The parties are reminded to comply with § IX.C, which states that "[w]hen all or a portion of a filing has been sealed, the chambers copy of that filing *shall contain a complete set of unredacted briefs and exhibits*." Standing Order Re Civil Cases § IX.C (emphasis added).

**IT IS SO ORDERED.**

Dated: February 4, 2025

_____
BETH LABSON FREEMAN
United States District Judge