QUINN EMANUEL URQUHART & SULLIVAN, LLP
David Eiseman (Bar No. 114758)
  davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Robert Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Aaron Perahia (Bar No. 304554)
  aaronperahia@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Evan Pearson (*pro hac vice*)
  evanpearson@quinnemanuel.com
300 West Sixth Street, Suite 2010
Austin, Texas 78701-3901
Telephone:    (737) 667-6100
Facsimile:    (737) 667-6110

Hayden Little (*pro hac vice*)
  haydenlittle@quinnemanuel.com
700 Louisiana Street, Suite 3900
Houston, Texas 77002-2841
Telephone:    (713) 221-7000
Facsimile:    (713) 221-7100

*Attorneys for Plaintiffs*

KING & SPALDING LLP
Michael Resch (Bar No. 202909)
  mresch@kslaw.com
50 California Street, Suite 3300
San Francisco, California 94111
Telephone:    (415) 318-1200
Facsimile:    (415) 318-1300

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD., and YANGTZE MEMORY TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> STRAND CONSULT, ROSLYN LAYTON, and DCI GROUP AZ L.L.C. <br><br> Defendants. | Case No. 5:24-cv-03454-NW <br><br> Hon. Noël Wise <br><br> **JOINT RESPONSE TO THE COURT'S ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSE (DKT. 76)** <br><br> Crtrm.:  Courtroom 3 – 5th Floor <br>             280 South 1st Street, <br>             San Jose, CA 95113 <br><br> Trial:    March 22, 2027 |

1  In response to the Court's order (Dkt. 76) directing the parties to jointly advise the Court
2  whether they consent to reassignment of the case to a magistrate judge for all purposes, Plaintiffs
3  Yangtze Memory Technologies Company, Ltd., and Yangtze Memory Technologies, Inc., and
4  Defendants Strand Consult, Roslyn Layton, and DCI Group AZ, L.L.C., state that they do not
5  unanimously consent to a magistrate judge for all purposes in this case.
6
7  DATED: April 2, 2025           Respectfully submitted,
8                                 QUINN EMANUEL URQUHART &
9                                 SULLIVAN, LLP
10
11                                By      /s/ *Robert M. Schwartz*
12                                        Robert M. Schwartz
                                          *Attorneys for Plaintiffs*
13
14
15 DATED: April 2, 2025           Respectfully submitted,
16                                KING & SPALDING LLP
17
18                                By      /s/ *Michael L. Resch*
19                                        Michael L. Resch
                                          *Attorneys for Defendants*
20
21
22
23
24
25
26
27
28

## CIVIL LOCAL RULE 5-1 ATTESTATION

I, Robert Schwartz, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Michael L. Resch concurred in the filing of this document.

DATED: April 2, 2025

/s/      *Robert M. Schwartz*
         Robert M. Schwartz