|  |  |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD. and YANGTZE MEMORY TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>STRAND CONSULT, ROSLYN LAYTON, and DCI GROUP AZ LLC,<br><br>Defendants. | Case No. 5:24-cv-03454-NW<br><br>Hon. Noël Wise<br><br>**[PROPOSED]** **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Action Filed:   June 7, 2024<br>Trial Date:       March 22, 2027 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Before the Court is Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc.'s (together, "Plaintiffs") Motion for Leave to File a Motion for Reconsideration of the Court's May 20, 2025 Order (Dkt. 81).  Having considered the motion, all papers filed in support thereof, and the record in this case, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Leave to File a Motion for Reconsideration is GRANTED. Plaintiffs shall file a motion for reconsideration of the Court's May 20, 2025 Order (Dkt. 81) as to the dismissal of Defendants Strand Consult and Roslyn Layton for lack of personal jurisdiction within fourteen (14) days of the date of this Order; and

2. The June 10, 2025 deadline for Plaintiffs to file an amended complaint is EXTENDED until seven (7) days after the Court's resolution of Plaintiffs' forthcoming motion for reconsideration.

3. Defendants are permitted to file an opposition within 14 days of the date Plaintiffs file the motion for reconsideration.

**IT IS SO ORDERED**.

DATED:  June _10____, 2025

Honorable Noël Wise
United States District Judge