UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD. and YANGTZE MEMORY TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> STRAND CONSULT, ROSLYN LAYTON, and DCI GROUP AZ LLC, <br><br> Defendants. | Case No. 5:24-cv-03454-NW <br><br> Hon. Noël Wise <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S FINDING OF LACK OF PERSONAL JURISDICTION OVER STRAND CONSULT AND ROSLYN LAYTON** |

1 | Before the Court is Plaintiffs Yangtze Memory Technologies Company, Ltd. and Yangtze Memory Technologies, Inc. ("YMTC") Motion for Reconsideration of the Court's Finding of Lack of Personal Jurisdiction Over Strand Consult and Roslyn Layton ("Motion"). Having reviewed YMTC's Motion and any opposition from Defendants Strand Consult ("Strand") and Roslyn Layton ("Layton"), and for good cause appearing the Court **GRANTS** YMTC's Motion. The portion of the Court's May 20, 2025 Order Granting Defendants' Motion to Dismiss in Part (Dkt. 81) dismissing Strand and Layton for lack of personal jurisdiction is **VACATED**. Strand and Layton failed to assert lack of personal jurisdiction as a defense in their Motion to Dismiss (Dkt. 65). Therefore, the Court has personal jurisdiction over Strand and Layton.

**IT IS SO ORDERED**.

DATED: July \_\_\_\_, 2025

_____
Honorable Noël Wise
United States District Judge