1  Michael L. Resch (SBN 202909)
   *mresch@kslaw.com*
2  KING & SPALDING LLP
   50 California Street, Suite 3300
3  San Francisco, California 94111
   Telephone: (415) 318-1200
4  Facsimile: (415) 318-1300

5  Dale Giali (SBN 150382)
   *dgiali@kslaw.com*
6  KING & SPALDING LLP
   633 West Fifth Street, Suite 1600
7  Los Angeles, California 90071
   Telephone: (213) 443-4355
8  Facsimile: (213) 443-4310

9  *Attorneys for Defendants*
   STRAND CONSULT AND ROSLYN LAYTON
10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DIVISION OF CALIFORNIA

13                  SAN JOSE DIVISION

14

15 | YANGTZE MEMORY TECHNOLOGIES COMPANY, LTD. AND YANGTZE MEMORY TECHNOLOGIES, INC., | Case No. 5:24-cv-03454-NW |

16 | | **DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(d)** |

17                Plaintiffs,

        v.

18 STRAND CONSULT, ROSLYN LAYTON,
   AND DCI GROUP AZ LLC,
19

20                Defendants.

21

22

23

24

25

26

27

28

---

## **DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT**

Defendants Strand Consult and Roslyn Layton ("Defendants") hereby request that the Court enter judgment pursuant to Federal Rule of Civil Procedure 58(d), and in support state as follows:

1. On May 20, 2025, the Court granted defendant DCI Group AZ, L.L.C.'s motion to dismiss without leave to amend. Dkt. 81.

2. On September 12, 2025, the Court granted Defendants' motion to dismiss, pursuant to conditions for dismissal set forth in the Court's order. Dkt. 99.

3. On September 26, 2025, Defendants filed notice of their consent to the conditions for dismissal set forth in the Court's September 12, 2025, order. Dkt. 101.

4. Pursuant to Federal Rule of Civil Procedure 58(d), Defendants respectfully request that judgment be entered for Defendants. A proposed judgment is filed herewith.

Dated: September 26, 2025

KING & SPALDING LLP

By: */s/ Michael L. Resch*
Michael L. Resch
Dale Giali

Attorneys for Defendants
Strand Consult and Roslyn Layton